SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
Facsimile: (510) 637-3724

Attorneys for Plaintiff

**FILED**
MAR 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL A. MORENO,<br><br>Defendant. | Case No. CR 07-00065 DLJ<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO RE-SET CHANGE OF PLEA AND EXCLUDE TIME UNDER THE SPEEDY TRIAL CLOCK<br><br>Date: March 16, 2007<br>Time: 11:00 a.m.<br>Before the Honorable D. Lowell Jensen |

This matter was set to come before the Court on March 9, 2007 at 9 a.m. for Mr. Moreno's change of plea. As set forth in the parties' stipulation requesting that the matter be re-set to March 16, 2007 at 11 a.m. for change of plea, the parties noted that the additional time was required for Mr. Moreno's counsel to review the plea agreement and review the material with Mr. Moreno prior to entry of plea. Good cause appearing therefore,

**IT IS HEREBY ORDERED** that the matter is re-set for March 16, 2007 at 11 a.m. for change of plea and the time between March 9, 2007 and March 16, 2007 is excluded under the Speedy Trial Clock pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), to allow for effective preparation of Mr. Moreno's counsel and because "the ends of justice served by taking such

/ / /

1  action outweigh the best interests of the public and the defendant in a speedy trial."

2  DATED:   3-13-07

3
4                                              _____
                                               D. LOWELL JENSEN
                                               United States District Judge
5

6  Distribute to:

7  Philip A. Schnayerson
   Garcia, Schnayerson & Mockus
8  225 W. Winton, Ste 208
   Hayward, CA 94544-1219
9  Counsel for Defendant

10 H. H. (Shashi) Kewalramani
   Assistant United States Attorney
11 1301 Clay Street, Suite 340S
   Oakland, California 94612
12 Counsel for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET CHANGE OF
PLEA AND EXCLUDE TIME UNDER THE SPEEDY TRIAL CLOCK
Case No. CR 07-00065 DLJ                          2