PHILIP A. SCHNAYERSON (CSBN 41825)
GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

Attorney for Defendant
MANUEL A. MORENO

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR-07-00065 DLJ |
| Plaintiffs, | ) | |
| | ) | **STIPULATION AND ORDER RE** |
| vs. | ) | **CONTINUANCE OF** |
| | ) | **SENTENCING HEARING** |
| | ) | |
| MANUEL A. MORENO | ) | Date:   September 14, 2007 |
| | ) | Time:   10:00 a.m. |
| Defendant. | ) | |
| _____ | ) | Before the Honorable D. Lowell Jensen |

     Manuel Moreno, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, H.H. (Shashi) Kewalramani, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for September 14, 2007, be re-scheduled for October 12, 2007, at 10:00 a.m. The defendant in this matter has an appointment scheduled with U.S. Probation Officer Charles W. Mabie on September 24, 2007. All parties agree to a continuance of the sentencing date subsequent to this meeting.

DATED: September 11, 2007,

                                    Respectfully submitted,

                                    /s/ Philip A. Schnayerson
                                    PHILIP A. SCHNAYERSON
                                    Attorney for Defendant
                                    Manuel A. Moreno

DATED: September 11, 2007,

                                    /s/ H.H. (SHASHI) KEWALRAMANI
                                    H.H. (SHASHI) KEWALRAMANI
                                    Assistant United States Attorney


## ~~(PROPOSED)~~ ORDER

The sentencing date presently scheduled for September 14, 2007, is continued to October ~~10,~~ 12 2007, at 10:00 a.m.

IT IS SO ORDERED.

DATED: September 12, 2007

                                    D. LOWELL JENSEN
                                    United States District Judge